# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2010

141169

TERRY B. ANGEL,
    Plaintiff-Appellant,

v

A1 SOUTH/GRAND RAPIDS GRIFFINS,
WAUSAU UNDERWRITERS INSURANCE
COMPANY, and CITIZENS INSURANCE
COMPANY,
    Defendants-Appellees.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141169
COA: 295015
WCAC: 09-000070

   On order of the Court, the application for leave to appeal the April 22, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.

   We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2010

_____
Clerk